# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02350-JLK

CRISTIE ODEN,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT has reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure (doc. #7), filed February 6, 2008. It is,

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

                                        BY THE COURT:

February 6, 2008                                   *S/John L. Kane*
DATE                                               U.S. DISTRICT JUDGE